188 So. 270

## Jas. SEAMAN v. STATE.
### 6 Div. 495.

Supreme Court of Alabama.

April 20, 1939.

J. Howard Perdue, Jr., of Birmingham, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Petition of Jas. Seaman for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Seaman v. State, 188 So. 269.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

188 So. 269

## Early McWHORTER v. STATE.
### 8 Div. 978.

Supreme Court of Alabama.
April 20, 1939.

Scruggs & Creel, of Guntersville, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

GARDNER, Justice.

Petition of Early McWhorter for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of McWhorter v. State, 188 So. 268.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.